# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NORVILAS, MICHAEL A. | § | Case No. 11-38279 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 09/21/2011 . The case was converted to one under Chapter 7 on 07/30/2012 . The undersigned trustee was appointed on 09/22/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of      $      75,500.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,980.94 |
| Bank service fees | 217.98 |
| Other payments to creditors | 2,930.08 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 70,371.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/27/2012 and the deadline for filing governmental claims was 11/27/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,025.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 7,025.00 , for a total compensation of $ 7,025.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 116.19 , for total expenses of $ 116.19 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/10/2013 _____      By: /s/MICHAEL G. BERLAND _____
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | |
|---|---|
| Case No: | 11-38279   BL   Judge: Bruce W. Black |
| Case Name: | NORVILAS, MICHAEL A. |
| For Period Ending: | 06/10/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 07/30/12 (c) |
| 341(a) Meeting Date: | 09/06/12 |
| Claims Bar Date: | 11/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13731 Quail Run Court, Homer Glen, Illinois | 575,000.00 | 0.00 | | 0.00 | FA |
| 2. 5758 S. Parkside, Chicago, Illinois | 177,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 4. Checking Chase | 75.00 | 0.00 | | 0.00 | FA |
| 5. Checking MB  Financial | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Checking State Farm CU | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Household Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 8. Books & Picutres | 100.00 | 0.00 | | 0.00 | FA |
| 9. Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 11. Firearms,rifle, shotgun, hand guns | 500.00 | 0.00 | | 0.00 | FA |
| 12. Ameritrade account | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. Jacobs Funds account | 950.00 | 0.00 | | 0.00 | FA |
| 14. 2010 Ford  edge | 30,125.00 | 0.00 | | 0.00 | FA |
| 15. 2006 Superformance GT 240 | 100,000.00 | 0.00 | | 55,000.00 | FA |
| 16. 2005 Beck Speedster | 25,000.00 | 0.00 | | 18,000.00 | FA |
| 17. 2000 Excalibur trailer | 600.00 | 0.00 | | 0.00 | FA |
| 18. 2001 Amiercan Iron Horse Motorcycle | 3,800.00 | 0.00 | | 2,500.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $917,650.00 | $0.00 | | $75,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-38279    BL    Judge: Bruce W. Black | |
| Case Name: | NORVILAS, MICHAEL A. | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 07/30/12 (c) |
| 341(a) Meeting Date: | 09/06/12 |
| Claims Bar Date: | 11/27/12 |

Initial Projected Date of Final Report (TFR): 12/31/15      Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  1

Exhibit B

| | |
|---|---|
| Case No: | 11-38279 -BL |
| Case Name: | NORVILAS, MICHAEL A. |
| Taxpayer ID No: | |
| For Period Ending: | 06/10/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | •••••••9942 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/29/13 | 15, 16 | American Auction Associates | | 1129-000 | 73,000.00 | | 73,000.00 |
| 02/12/13 | 001001 | Capital One Auto Finance | Payment of Beck Speedster laon | 4210-000 | | 2,930.08 | 70,069.92 |
| 03/08/13 | 001002 | Gloria Longest | Payment of accountant per court ord | 3410-000 | | 500.00 | 69,569.92 |
| 03/08/13 | | Congressional bank | Bank service fee | 2600-000 | | 69.00 | 69,500.92 |
| 03/19/13 | 18 | Michael Norvilas | Payment settlement for motorcycle | 1129-000 | 1,000.00 | | 70,500.92 |
| 03/19/13 | 18 | Michael Norvilas | Payment settlement for motorcycle | 1129-000 | 1,000.00 | | 71,500.92 |
| 03/19/13 | 18 | Michael Norvilas | | 1129-000 | 500.00 | | 72,000.92 |
| 04/22/13 | | Congressional Bank | | 2600-000 | | 75.03 | 71,925.89 |
| 05/09/13 | | Congressional Bank | Bank service fee | 2600-000 | | 73.95 | 71,851.94 |
| 05/29/13 | 001003 | American Auction Associates | Payment of auctioneer's expenses | 3620-000 | | 1,480.94 | 70,371.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 75,500.00 | 5,129.00 | 70,371.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 75,500.00 | 5,129.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 75,500.00 | 5,129.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - •••••••9942 | 75,500.00 | 5,129.00 | 70,371.00 |
| | 75,500.00 | 5,129.00 | 70,371.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          75,500.00          5,129.00

Ver: 17.02d

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: June 10, 2013 |
|---|---|---|---|---|---|---|---|

Case Number:   11-38279
Debtor Name:   NORVILAS, MICHAEL A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,557.95 | $0.00 | $10,557.95 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $6,587.67 | $0.00 | $6,587.67 |
| 000003<br>070<br>7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | | $10,745.14 | $0.00 | $10,745.14 |
| 000004<br>070<br>7100-00 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $7,718.99 | $0.00 | $7,718.99 |
| 000005<br>070<br>7100-00 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $13,336.97 | $0.00 | $13,336.97 |
| 000006<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured | | $6,726.38 | $0.00 | $6,726.38 |
| 000007<br>070<br>7100-00 | Fifth Third Bank<br>PO Box 829009<br>Dallas, TX 75382-9009 | Unsecured | | $1,056.85 | $0.00 | $1,056.85 |
| 000009<br>070<br>7100-00 | FIA Card Services, NA as successor in<br>interest to<br>Bank of America NA and MBNA<br>America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $1,012.36 | $0.00 | $1,012.36 |
| 000010<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Unsecured | | $13,071.04 | $0.00 | $13,071.04 |
| 000011<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Unsecured | | $8,477.42 | $0.00 | $8,477.42 |
| 000012<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Unsecured | | $8,117.97 | $0.00 | $8,117.97 |
| 000013<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Unsecured | | $8,067.75 | $0.00 | $8,067.75 |

| | | | | EXHIBIT C | | |
|---|---|---|---|---|---|---|
| Page 2 | | | | ANALYSIS OF CLAIMS REGISTER | | Date: June 10, 2013 |

Case Number:   11-38279  
Debtor Name:   NORVILAS, MICHAEL A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000014 070 7100-00 | CANDICA, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $5,617.36 | $0.00 | $5,617.36 |
| 000015 070 7100-00 | Portfolio Recovery Associates, LLC PO Box 41067 Norfolk VA 23541 | Unsecured | | $8,543.75 | $0.00 | $8,543.75 |
| 000016 070 7100-00 | LVNV Funding LLC c/o Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $2,039.95 | $0.00 | $2,039.95 |
| 000017 070 7100-00 | LVNV Funding LLC c/o Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $2,284.89 | $0.00 | $2,284.89 |
| 000018 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 NORFOLK, VA 23541 | Unsecured | | $2,473.34 | $0.00 | $2,473.34 |
| 000019 070 7100-00 | Portfolio Recovery Associates, LLC PO Box 41067 Norfolk VA 23541 | Unsecured | | $2,053.40 | $0.00 | $2,053.40 |
| 000020 070 7100-00 | Portfolio Recovery Associates, LLC PO Box 41067 Norfolk VA 23541 | Unsecured | | $7,789.82 | $0.00 | $7,789.82 |
| 000021 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 NORFOLK, VA 23541 | Unsecured | | $7,824.61 | $0.00 | $7,824.61 |
| 000022 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $7,264.98 | $0.00 | $7,264.98 |
| 000023 070 7100-00 | Advanta Bank Corporation c/o Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | Unsecured | | $16,911.90 | $0.00 | $16,911.90 |
| 000024 070 7100-00 | First Tennessee Bank Natl Assoc Pob 201347 Arlington TX 76006 | Unsecured | | $49,010.83 | $0.00 | $49,010.83 |
| 000025 070 7100-00 | Portfolio Recovery Associates, LLC c/o Lowes POB 41067 Norfolk VA 23541 | Unsecured | | $5,719.59 | $0.00 | $5,719.59 |
| 000027 070 7100-00 | CANDICA, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 | Unsecured | | $17,975.71 | $0.00 | $17,975.71 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: June 10, 2013 |

Case Number: 11-38279
Debtor Name: NORVILAS, MICHAEL A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | SEATTLE, WA 98121 | | | | | |
| 000029<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $397.95 | $0.00 | $397.95 |
| 000030<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $11,727.54 | $0.00 | $11,727.54 |
| 000008<br>050<br>4110-00 | FORD MOTOR CREDIT COMPANY<br>LLC<br>DRAWER 55-953<br>P.O. BOX 55000<br>DETROIT, MI 48255-0953<br>Telephone No. (800) 955-8532 | Secured | | $0.00 | $0.00 | $0.00 |
| 000026<br>050<br>4110-00 | Hudson City Savings Bank<br>3476 Stateview Blvd.<br>Fort Mill, South Carolina 29715 | Secured | | $0.00 | $0.00 | $0.00 |
| 000028<br>050<br>4110-00 | Capital One Auto Finance<br>P.O. Box 201347<br>Arlington, TX 76006 | Secured | | $0.00 | $0.00 | $0.00 |
| 000031<br>050<br>4110-00 | CitiMortgage, Inc.<br>Pob 6030<br>Sioux Falls SD 57117 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $243,112.11 | $0.00 | $243,112.11 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-38279
Case Name: NORVILAS, MICHAEL A.
Trustee Name: MICHAEL G. BERLAND

|  | Balance on hand | $ | 70,371.00 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $      7,025.00 | $      0.00 | $      7,025.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $      116.19 | $      0.00 | $      116.19 |

|  | Total to be paid for chapter 7 administrative expenses | $ | 7,141.19 |
|  | Remaining Balance | $ | 63,229.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

### NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 243,112.11  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001 | Discover Bank | $ 10,557.95 | $ 0.00 | $ 2,743.36 |
| 000002 | Discover Bank | $ 6,587.67 | $ 0.00 | $ 1,711.73 |
| 000003 | PNC BANK | $ 10,745.14 | $ 0.00 | $ 2,792.00 |
| 000004 | CANDICA, LLC | $ 7,718.99 | $ 0.00 | $ 2,005.69 |
| 000005 | eCAST Settlement Corporation | $ 13,336.97 | $ 0.00 | $ 3,465.45 |
| 000006 | Portfolio Recovery Associates, LLC | $ 6,726.38 | $ 0.00 | $ 1,747.77 |
| 000007 | Fifth Third Bank | $ 1,056.85 | $ 0.00 | $ 274.61 |
| 000009 | FIA Card Services, NA as successor in interest to | $ 1,012.36 | $ 0.00 | $ 263.05 |
| 000010 | Portfolio Recovery Associates, LLC | $ 13,071.04 | $ 0.00 | $ 3,396.36 |
| 000011 | Portfolio Recovery Associates, LLC | $ 8,477.42 | $ 0.00 | $ 2,202.75 |
| 000012 | Portfolio Recovery Associates, LLC | $ 8,117.97 | $ 0.00 | $ 2,109.36 |
| 000013 | Portfolio Recovery Associates, LLC | $ 8,067.75 | $ 0.00 | $ 2,096.31 |
| 000014 | CANDICA, LLC | $ 5,617.36 | $ 0.00 | $ 1,459.60 |
| 000015 | Portfolio Recovery Associates, LLC | $ 8,543.75 | $ 0.00 | $ 2,219.99 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | LVNV Funding LLC | $ 2,039.95 | $ 0.00 | $ 530.06 |
| 000017 | LVNV Funding LLC | $ 2,284.89 | $ 0.00 | $ 593.70 |
| 000018 | Portfolio Recovery Associates, LLC | $ 2,473.34 | $ 0.00 | $ 642.67 |
| 000019 | Portfolio Recovery Associates, LLC | $ 2,053.40 | $ 0.00 | $ 533.55 |
| 000020 | Portfolio Recovery Associates, LLC | $ 7,789.82 | $ 0.00 | $ 2,024.09 |
| 000021 | Portfolio Recovery Associates, LLC | $ 7,824.61 | $ 0.00 | $ 2,033.13 |
| 000022 | Chase Bank USA, N.A. | $ 7,264.98 | $ 0.00 | $ 1,887.72 |
| 000023 | Advanta Bank Corporation | $ 16,911.90 | $ 0.00 | $ 4,394.36 |
| 000024 | First Tennessee Bank Natl Assoc | $ 49,010.83 | $ 0.00 | $ 12,734.89 |
| 000025 | Portfolio Recovery Associates, LLC | $ 5,719.59 | $ 0.00 | $ 1,486.17 |
| 000027 | CANDICA, LLC | $ 17,975.71 | $ 0.00 | $ 4,670.78 |
| 000029 | American Express Bank, FSB | $ 397.95 | $ 0.00 | $ 103.40 |
| 000030 | American Express Centurion Bank | $ 11,727.54 | $ 0.00 | $ 3,047.26 |

Total to be paid to timely general unsecured creditors  $ 63,169.81

Remaining Balance  $ 60.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE