## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NORVILAS, MICHAEL A. | § | Case No. 11-38279 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  
  CLERK OF THE COURT
  219 S. Dearborn
  Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/16/2013 in Courtroom ,

  United States Courthouse
  Joliet City Hall
  150 West Jefferson, 2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/10/2013           By: /s/ Michael G. Berland
                                           Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
NORVILAS, MICHAEL A. §   Case No. 11-38279
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 75,500.00 |
| and approved disbursements of | $ | 5,129.00 |
| leaving a balance on hand of[1] | $ | 70,371.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 7,025.00 | $ 0.00 | $ 7,025.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 116.19 | $ 0.00 | $ 116.19 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,141.19 |
| Remaining Balance | | $ | 63,229.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 243,112.11  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,557.95 | $ 0.00 | $ 2,743.36 |
| 000002 | Discover Bank | $ 6,587.67 | $ 0.00 | $ 1,711.73 |
| 000003 | PNC BANK | $ 10,745.14 | $ 0.00 | $ 2,792.00 |
| 000004 | CANDICA, LLC | $ 7,718.99 | $ 0.00 | $ 2,005.69 |
| 000005 | eCAST Settlement Corporation | $ 13,336.97 | $ 0.00 | $ 3,465.45 |
| 000006 | Portfolio Recovery Associates, LLC | $ 6,726.38 | $ 0.00 | $ 1,747.77 |
| 000007 | Fifth Third Bank | $ 1,056.85 | $ 0.00 | $ 274.61 |
| 000009 | FIA Card Services, NA as successor in interest to | $ 1,012.36 | $ 0.00 | $ 263.05 |
| 000010 | Portfolio Recovery Associates, LLC | $ 13,071.04 | $ 0.00 | $ 3,396.36 |
| 000011 | Portfolio Recovery Associates, LLC | $ 8,477.42 | $ 0.00 | $ 2,202.75 |
| 000012 | Portfolio Recovery Associates, LLC | $ 8,117.97 | $ 0.00 | $ 2,109.36 |
| 000013 | Portfolio Recovery Associates, LLC | $ 8,067.75 | $ 0.00 | $ 2,096.31 |
| 000014 | CANDICA, LLC | $ 5,617.36 | $ 0.00 | $ 1,459.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Portfolio Recovery Associates, LLC | $ 8,543.75 | $ 0.00 | $ 2,219.99 |
| 000016 | LVNV Funding LLC | $ 2,039.95 | $ 0.00 | $ 530.06 |
| 000017 | LVNV Funding LLC | $ 2,284.89 | $ 0.00 | $ 593.70 |
| 000018 | Portfolio Recovery Associates, LLC | $ 2,473.34 | $ 0.00 | $ 642.67 |
| 000019 | Portfolio Recovery Associates, LLC | $ 2,053.40 | $ 0.00 | $ 533.55 |
| 000020 | Portfolio Recovery Associates, LLC | $ 7,789.82 | $ 0.00 | $ 2,024.09 |
| 000021 | Portfolio Recovery Associates, LLC | $ 7,824.61 | $ 0.00 | $ 2,033.13 |
| 000022 | Chase Bank USA, N.A. | $ 7,264.98 | $ 0.00 | $ 1,887.72 |
| 000023 | Advanta Bank Corporation | $ 16,911.90 | $ 0.00 | $ 4,394.36 |
| 000024 | First Tennessee Bank Natl Assoc | $ 49,010.83 | $ 0.00 | $ 12,734.89 |
| 000025 | Portfolio Recovery Associates, LLC | $ 5,719.59 | $ 0.00 | $ 1,486.17 |
| 000027 | CANDICA, LLC | $ 17,975.71 | $ 0.00 | $ 4,670.78 |
| 000029 | American Express Bank, FSB | $ 397.95 | $ 0.00 | $ 103.40 |
| 000030 | American Express Centurion Bank | $ 11,727.54 | $ 0.00 | $ 3,047.26 |

Total to be paid to timely general unsecured creditors      $           63,169.81

Remaining Balance      $           60.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

           Prepared By: /s/ Michael G. Berland
                   Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 11-38279-BWB
Michael A. Norvilas                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez               Page 1 of 3           Date Rcvd: Jul 12, 2013
                              Form ID: pdf006            Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2013.
```
db         +Michael A. Norvilas,    13731 Quail Run Court,    Homer Glen, IL 60491-9448
17819317   +American Express,    P.O. Box 360001,    Ft Lauderdale, FL 33336-0001
18353534    American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18430210    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17819318   +American Express Centurion Bank,    P.O. Box 360001,    Ft Lauderdale, FL 33336-0001
17819319   +Americas Servicing Co,    MAC X2504-014,    1 Home Campus,    Des Moines, IA 50328-0001
17819320  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    Pob 982235,    El Paso TX 79998)
17819321   +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
18305407   +Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
17855228   +Capital One Auto Finance Department,    c/o Ascension Capital Group,    P.O. Box 201347,
             Arlington, TX 76006-1347
17819323    Capital One Services,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
17819324    Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
18014934    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17819326   +CitiMortgage,    POB 10001,    Hagerstown MD 21747-0001
18610420   +CitiMortgage, Inc.,    Pob 6030,   Sioux Falls SD 57117-6030
17819325   +Citicorp/AT&T Universal,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
17819327   +Daniel Novak,    4170 N Marine Drive # 12B,    Chicago, IL 60613-2306
17840364    FIA CARD SERVICES, NA successor to,    Bank of America & MBNA America Bank,    PO Box 15102,
             Wilmington, DE 19886-5102
17878800    FIA Card Services, NA as successor in interest to,    Bank of America NA and MBNA America Bank,
             PO Box 15102,    Wilmington, DE  19886-5102
17868476  ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: FORD MOTOR CREDIT COMPANY LLC,     DRAWER 55-953,    P.O. BOX 55000,
             DETROIT, MI  48255-0953,    Telephone No. (800) 955-8532)
17863149    Fifth Third Bank,    PO Box 829009,    Dallas, TX 75382-9009
17819329   +Fifth Third Bank Mastercard,    38 Fountain Square Plaza,    MD 1MOC2G-4050,
             Cincinnati, OH 45263-0001
17819330    First Horizon,    P.O. Box 31,    Memphis, TN 38101-0031
17819331   +First Tennessee Bank,    Po Box 84,    Memphis, TN 38101-0084
17849924   +First Tennessee Bank NA, Department,    c/o Ascension Capital Group,    P.O. Box 201347,
             Arlington, TX 76006-1347
20513326   +First Tennessee Bank National Assoc,    successor First Horizon Home Loan Corp,    Pob 201347,
             Arlington TX 76006-1347
18030629   +First Tennessee Bank National Association,    PO Box 201347,    Arlington, TX 76006-1347
19290446   +First Tennessee Bank National Association,    c/o Ascension Capital Group,    P.O. Box 201347,
             Arlington, TX 76006-1347
18043705   +First Tennessee Bank Natl Assoc,    Pob 201347,    Arlington TX 76006-1347
17819332   +Ford Motor Credit Company,    P.O. Box 64400,    Colorado Springs, CO 80962-4400
17819333   +Freedman Anselmo Lindberg LLC,    1807 W Diehl Road # 333,    P.O. Box 3228,
             Naperville, IL 60566-3228
17819334   +GEMoney Bank/Lowes Dc,    P.O. Box 981416,    El Paso, TX 79998-1416
18116499   +Hudson City Savings Bank,    3476 Stateview Blvd.,    Fort Mill, South Carolina 29715-7203
17840078   +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
17819335   +PNC Bank,    One NCC Parkway,    Z1-YB43-02-1,    Kalamazoo, MI 49009-8003
18373093  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
             Norfolk VA 23541)
17819336   +State Farm Fed Credit Union,    One State Farm Plaza,    Bloomington, IL 61710-0001
17819337  ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 5229,    Cincinnati, OH 45201)
18089484    eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18037531     E-mail/Text: bkr@cardworks.com Jul 13 2013 00:42:56      Advanta Bank Corporation,
             c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
17819316    +E-mail/Text: bkr@cardworks.com Jul 13 2013 00:42:56      Advanta Credit Cards,
             101 Crossway Park West,    Woodbury, NY 11797-2020
17997209    +E-mail/Text: bncmail@w-legal.com Jul 13 2013 00:44:11      CANDICA, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18967553     E-mail/Text: resurgentbknotifications@resurgent.com Jul 13 2013 00:41:30      CR Evergreen II, LLC,
             PO Box 10587,    Greenville, SC 29603-0587
17819322    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jul 13 2013 00:42:53
             Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
17819328     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2013 00:52:34      Discover Card Services,
             P.O. Box 15192,    Wilmington, DE 19850
17837693     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2013 00:52:34      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18995896     E-mail/Text: resurgentbknotifications@resurgent.com Jul 13 2013 00:41:30      LVNV Funding LLC,
             c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 8
```

```
District/off: 0752-1           User: dgomez              Page 2 of 3                   Date Rcvd: Jul 12, 2013
                               Form ID: pdf006          Total Noticed: 47

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18720037*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,    NORFOLK, VA 23541)
18068029*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Lowes,   POB 41067,
                Norfolk VA 23541)
17946769*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
                Cincinnati, OH 45201-5229)
17819338     ##+Zwicker & Associates,    7366 N Lincoln Ave,    Suite 404,    Lincolnwood, IL 60712-1741
                                                                                 TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2013**                **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: dgomez              Page 3 of 3            Date Rcvd: Jul 12, 2013
                              Form ID: pdf006           Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2013 at the address(es) listed below:

```
          Christopher H Purcell    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
          Clay  Mosberg    on behalf of Creditor    AMERICA'S SERVICING COMPANY cmosberg@fallaw.com,
           tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
          Clay  Mosberg    on behalf of Creditor    Hudson City Savings Bank cmosberg@fallaw.com,
           tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
          Jennifer M Rinn    on behalf of Creditor    First Tennessee Bank NA, Department JenniferR@kropik.net
          Jennifer M Rinn    on behalf of Creditor    Capital One Auto Finance Department JenniferR@kropik.net
          John A Reed    on behalf of Debtor Michael A. Norvilas barbf@thebankruptcylaw.com
          Maria  Georgopoulos    on behalf of Creditor    CitiMortgage, Inc. nd-three@il.cslegal.com
          Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
           IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Michael G Berland     einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Michael L Sherman    on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
          Peter C Bastianen    on behalf of Creditor    Busey Bank ND-Four@il.cslegal.com
          Rachael A Stokas    on behalf of Creditor    CitiMortgage, Inc. ND-Two@il.cslegal.com
          Richard N Gentry    on behalf of Creditor    State Farm Federal Credit Union rgentry@vltslaw.com
          Richard S Ralston    on behalf of Creditor    CANDICA L.L.C. richardr@w-legal.com,
           chapter-13@w-legal.com
                                                                                              TOTAL: 15
```