UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                               §
                                                     §
NORVILAS, MICHAEL A.                                 §        Case No. 11-38279
                                                     §
                                                     §
           Debtor(s)                                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on          , and it was converted to chapter 7 on         . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/MICHAEL G. BERLAND_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 1 Americas Servicing Co MAC X2504-014 1 Home Campus Des Moines, IA 50328 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 2 Capital One Auto Finance 3901 Dallas Parkway Plano, TX 75093 | | | | | |
| | Creditor #: 3 CitiMortgage P.O. Box 9481 Gaithersburg, MD 21703 | | | | | |
| | Creditor #: 4 First Tennessee Bank Po Box 84 Memphis, TN 38101 | | | | | |
| | Creditor #: 5 Ford Motor Credit Company P.O. Box 64400 Colorado Springs, CO 80962-7000 | | | | | |
| | Creditor #: 6 State Farm Fed Credit Union One State Farm Plaza Bloomington, IL 61710 | | | | | |
| | First Horizon P.O. Box 31 Memphis, TN 38101-0031 | | | | | |
| | Freedman Anselmo Lindberg LLC 1807 W Diehl Road # 333 P.O. Box 3228 Naperville, IL 60566 | | | | | |
| 000028 | CAPITAL ONE AUTO FINANCE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000031 | CITIMORTGAGE, INC. | | | | | |
| 000008 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000026 | HUDSON CITY SAVINGS BANK | | | | | |
| | CAPITAL ONE AUTO FINANCE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| LONGEST, GLORIA | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Advanta Credit Cards 101 Crossway Park West Woodbury, NY 11797 | | | | | |
| | Creditor #: 10 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Creditor #: 11 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Creditor #: 12 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Creditor #: 13 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Creditor #: 14 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Creditor #: 15 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Creditor #: 16 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 17 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Creditor #: 18 Citicorp/AT&T Universal P.O. Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Creditor #: 19 Daniel Novak 4170 N Marine Drive # 12B Chicago, IL 60613 | | | | | |
| | Creditor #: 2 American Express P.O. Box 360001 Ft Lauderdale, FL 33336 | | | | | |
| | Creditor #: 23 GEMoney Bank/Lowes Dc P.O. Box 981416 El Paso, TX 79998 | | | | | |
| | Creditor #: 25 US Bank P.O. Box 5229 Cincinnati, OH 45201 | | | | | |
| | Creditor #: 26 US Bank P.O. Box 5229 Cincinnati, OH 45201 | | | | | |
| | Creditor #: 27 US Bank P.O. Box 5229 Cincinnati, OH 45201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 28 US Bank P.O. Box 5229 Cincinnati, OH 45201 | | | | | |
| | Creditor #: 3 American Express Centurion Bank P.O. Box 360001 Ft Lauderdale, FL 33336 | | | | | |
| | Creditor #: 4 Bank of America P. O. Box 15026 Wilmington, DE 19850 | | | | | |
| | Creditor #: 5 Bank of America P. O. Box 15026 Wilmington, DE 19850 | | | | | |
| | Creditor #: 6 Bank of America P. O. Box 15026 Wilmington, DE 19850 | | | | | |
| | Creditor #: 7 Bank of America P. O. Box 15026 Wilmington, DE 19850 | | | | | |
| | Creditor #: 8 Barclays Bank Delaware 125 South West Street Wilmington, DE 19801 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 9 Capital One Services P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| 000023 | ADVANTA BANK CORPORATION | | | | | |
| 000029 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000030 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000004 | CANDICA, LLC | | | | | |
| 000014 | CANDICA, LLC | | | | | |
| 000027 | CANDICA, LLC | | | | | |
| 000022 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000005 | ECAST SETTLEMENT CORPORATION | | | | | |
| 000009 | FIA CARD SERVICES, NA AS SUCCESSOR | | | | | |
| 000007 | FIFTH THIRD BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | FIRST TENNESSEE BANK NATL ASSOC | | | | | |
| 000016 | LVNV FUNDING LLC | | | | | |
| 000017 | LVNV FUNDING LLC | | | | | |
| 000003 | PNC BANK | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000012 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000013 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000015 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000018 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000019 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000021 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000025 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-38279 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | NORVILAS, MICHAEL A. | | | | Date Filed (f) or Converted (c): | 07/30/12 (c) |
| | | | | | 341(a) Meeting Date: | 09/06/12 |
| For Period Ending: | 09/30/13 | | | | Claims Bar Date: | 11/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13731 Quail Run Court, Homer Glen, Illinois | 575,000.00 | 0.00 | | 0.00 | FA |
| 2. 5758 S. Parkside, Chicago, Illinois | 177,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 4. Checking Chase | 75.00 | 0.00 | | 0.00 | FA |
| 5. Checking MB Financial | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Checking State Farm CU | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Household Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 8. Books & Picutres | 100.00 | 0.00 | | 0.00 | FA |
| 9. Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 11. Firearms,rifle, shotgun, hand guns | 500.00 | 0.00 | | 0.00 | FA |
| 12. Ameritrade account | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. Jacobs Funds account | 950.00 | 0.00 | | 0.00 | FA |
| 14. 2010 Ford edge | 30,125.00 | 0.00 | | 0.00 | FA |
| 15. 2006 Superformance GT 240 | 100,000.00 | 0.00 | | 55,000.00 | FA |
| 16. 2005 Beck Speedster | 25,000.00 | 0.00 | | 18,000.00 | FA |
| 17. 2000 Excalibur trailer | 600.00 | 0.00 | | 0.00 | FA |
| 18. 2001 Amiercan Iron Horse Motorcycle | 3,800.00 | 0.00 | | 2,500.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $917,650.00 | $0.00 | | $75,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee liquidated certain vehciles at auction. The Final Report was filed and the distribution to creditors made.

Case 11-38279 Doc 152 Filed 12/11/13 Entered 12/11/13 09:06:10 Desc Main
Document Page 14 of 19

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-38279 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | NORVILAS, MICHAEL A. | Date Filed (f) or Converted (c): | 07/30/12 (c) |
| | | 341(a) Meeting Date: | 09/06/12 |
| | | Claims Bar Date: | 11/27/12 |

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-38279 -BL |
| Case Name: | NORVILAS, MICHAEL A. |
| Taxpayer ID No: | *******6847 |
| For Period Ending: | 09/30/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9942 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/29/13 | 15, 16 | American Auction Associates | | 1129-000 | 73,000.00 | | 73,000.00 |
| 02/12/13 | 001001 | Capital One Auto Finance | Payment of Beck Speedster laon | 4210-000 | | 2,930.08 | 70,069.92 |
| 03/08/13 | 001002 | Gloria Longest | Payment of accountant per court ord | 3410-000 | | 500.00 | 69,569.92 |
| 03/08/13 | | Congressional bank | Bank service fee | 2600-000 | | 69.00 | 69,500.92 |
| 03/19/13 | 18 | Michael Norvilas | Payment settlement for motorcycle | 1129-000 | 1,000.00 | | 70,500.92 |
| 03/19/13 | 18 | Michael Norvilas | Payment settlement for motorcycle | 1129-000 | 1,000.00 | | 71,500.92 |
| 03/19/13 | 18 | Michael Norvilas | | 1129-000 | 500.00 | | 72,000.92 |
| 04/22/13 | | Congressional Bank | | 2600-000 | | 75.03 | 71,925.89 |
| 05/09/13 | | Congressional Bank | Bank service fee | 2600-000 | | 73.95 | 71,851.94 |
| 05/29/13 | 001003 | American Auction Associates | Payment of auctioneer's expenses | 3620-000 | | 1,480.94 | 70,371.00 |
| 08/19/13 | 001004 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 7,025.00 | 63,346.00 |
| 08/19/13 | 001005 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 116.19 | 63,229.81 |
| 08/19/13 | 001006 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Prior Chapter Expenses | 6102-000 | | 60.00 | 63,169.81 |
| 08/19/13 | 001007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 25.98383% | 7100-000 | | 2,743.36 | 60,426.45 |
| 08/19/13 | 001008 | Discover Bank<br>DB Servicing Corporation | Claim 000002, Payment 25.98385% | 7100-000 | | 1,711.73 | 58,714.72 |
| | | | Page Subtotals | | 75,500.00 | 16,785.28 | |

Ver: 17.03a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38279 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | NORVILAS, MICHAEL A. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9942  Checking Account |
| Taxpayer ID No: | *******6847 | | | |
| For Period Ending: | 09/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/13 | 001009 | PO Box 3025<br>New Albany, OH 43054-3025<br>PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Claim 000003, Payment 25.98384% | 7100-000 | | 2,792.00 | 55,922.72 |
| 08/19/13 | 001010 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000004, Payment 25.98384% | 7100-000 | | 2,005.69 | 53,917.03 |
| 08/19/13 | 001011 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | Claim 000005, Payment 25.98379% | 7100-000 | | 3,465.45 | 50,451.58 |
| 08/19/13 | 001012 | Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK, VA 23541 | Claim 000006, Payment 25.98381% | 7100-000 | | 1,747.77 | 48,703.81 |
| 08/19/13 | 001013 | Fifth Third Bank<br>PO Box 829009<br>Dallas, TX 75382-9009 | Claim 000007, Payment 25.98382% | 7100-000 | | 274.61 | 48,429.20 |
| 08/19/13 | 001014 | FIA Card Services, NA as successor in interest to<br>Bank of America NA and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000009, Payment 25.98384% | 7100-000 | | 263.05 | 48,166.15 |
| 08/19/13 | 001015 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000010, Payment 25.98385% | 7100-000 | | 3,396.36 | 44,769.79 |
| 08/19/13 | 001016 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000011, Payment 25.98373% | 7100-000 | | 2,202.75 | 42,567.04 |
| 08/19/13 | 001017 | Portfolio Recovery Associates, LLC<br>PO Box 41067 | Claim 000012, Payment 25.98384% | 7100-000 | | 2,109.36 | 40,457.68 |

Page Subtotals         0.00         18,257.04

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38279 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | NORVILAS, MICHAEL A. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9942 Checking Account |
| Taxpayer ID No: | *******6847 | | | |
| For Period Ending: | 09/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/13 | 001018 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000013, Payment 25.98382% | 7100-000 | | 2,096.31 | 38,361.37 |
| 08/19/13 | 001019 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000014, Payment 25.98374% | 7100-000 | | 1,459.60 | 36,901.77 |
| 08/19/13 | 001020 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000015, Payment 25.98379% | 7100-000 | | 2,219.99 | 34,681.78 |
| 08/19/13 | 001021 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000016, Payment 25.98397% | 7100-000 | | 530.06 | 34,151.72 |
| 08/19/13 | 001022 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000017, Payment 25.98375% | 7100-000 | | 593.70 | 33,558.02 |
| 08/19/13 | 001023 | Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK, VA 23541 | Claim 000018, Payment 25.98389% | 7100-000 | | 642.67 | 32,915.35 |
| 08/19/13 | 001024 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000019, Payment 25.98373% | 7100-000 | | 533.55 | 32,381.80 |
| 08/19/13 | 001025 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000020, Payment 25.98378% | 7100-000 | | 2,024.09 | 30,357.71 |
| 08/19/13 | 001026 | Portfolio Recovery Associates, LLC<br>POB 41067 | Claim 000021, Payment 25.98379% | 7100-000 | | 2,033.13 | 28,324.58 |

Page Subtotals    0.00    12,133.10

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38279 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | NORVILAS, MICHAEL A. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9942  Checking Account |
| Taxpayer ID No: | *******6847 | | | |
| For Period Ending: | 09/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NORFOLK, VA 23541 | | | | | |
| 08/19/13 | 001027 | Chase Bank USA, N.A. | Claim 000022, Payment 25.98383% | 7100-000 | | 1,887.72 | 26,436.86 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 08/19/13 | 001028 | Advanta Bank Corporation | Claim 000023, Payment 25.98383% | 7100-000 | | 4,394.36 | 22,042.50 |
| | | c/o Resurgent Capital Services | | | | | |
| | | PO Box 10368 | | | | | |
| | | Greenville, SC 29603-0368 | | | | | |
| 08/19/13 | 001029 | First Tennessee Bank Natl Assoc | Claim 000024, Payment 25.98383% | 7100-000 | | 12,734.89 | 9,307.61 |
| | | Pob 201347 | | | | | |
| | | Arlington TX 76006 | | | | | |
| 08/19/13 | 001030 | Portfolio Recovery Associates, LLC | Claim 000025, Payment 25.98386% | 7100-000 | | 1,486.17 | 7,821.44 |
| | | c/o Lowes | | | | | |
| | | POB 41067 | | | | | |
| | | Norfolk VA 23541 | | | | | |
| 08/19/13 | 001031 | CANDICA, LLC | Claim 000027, Payment 25.98384% | 7100-000 | | 4,670.78 | 3,150.66 |
| | | C O WEINSTEIN AND RILEY, PS | | | | | |
| | | 2001 WESTERN AVENUE, STE 400 | | | | | |
| | | SEATTLE, WA 98121 | | | | | |
| 08/19/13 | 001032 | American Express Bank, FSB | Claim 000029, Payment 25.98316% | 7100-000 | | 103.40 | 3,047.26 |
| | | c o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| 08/19/13 | 001033 | American Express Centurion Bank | Claim 000030, Payment 25.98380% | 7100-000 | | 3,047.26 | 0.00 |
| | | c o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |

Page Subtotals    0.00    28,324.58

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-38279 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | NORVILAS, MICHAEL A. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9942 Checking Account |
| Taxpayer ID No: | *******6847 | | | |
| For Period Ending: | 09/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 75,500.00 | 75,500.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 75,500.00 | 75,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 75,500.00 | 75,500.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - ********9942 | | 75,500.00 | 75,500.00 | 0.00 |
| | | | | | 75,500.00 | 75,500.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*